(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Helping Angels, Inc.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>94-3310028 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1575 Delucchi Lane<br>Reno, NV 89502 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Washoe** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)   ☐ Railroad<br>☒ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other _____   ☐ Clearing Bank | ☐ Chapter 7   ☒ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business   ☒ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 ☒ | 16-49 ☐ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ | | | |
|---|---|---|---|---|---|---|---|---|---|
| Estimated Assets | $0 to $50,000 ☐ | $50,001 to $100,000 ☒ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ | |
| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☒ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ | |

Court stamp: 2003 NOV 25 PM 2:04 — UNITED STATES BANKRUPTCY COURT, PATRICIA GRAY, CLERK — RECEIVED AND FILED

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **The Helping Angels, Inc.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __Not Applicable__
Signature of Debtor

X __Not Applicable__
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _/s/ J. Craig Demetras_
Signature of Attorney for Debtor(s)

**J. Craig Demetras, 4246**
Printed Name of Attorney for Debtor(s) / Bar No.

**Demetras & O'Neill**
Firm Name

**232 Court Street  Reno, NV  89501**
Address

**(775)348-4600**                **(775)348-9315**
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Vickie Reaves_
Signature of Authorized Individual

**Vickie Reaves**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X __Not Applicable__
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B4
(11/92)

# United States Bankruptcy Court
## District of Nevada

In re: **The Helping Angel, Inc.**
94-3310028

Case No.

Chapter **11**

## List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>Special Procedures<br>4750 W. Oakey Blvd. #211<br>Mail Stop 5028<br>Las Vegas, NV 89102 | | | | $114,000.00 |
| Employers Insurance Co.<br>P. O. Box 52796<br>Phoenix, AZ 85072-2796 | | | DISPUTED | $24,683.67 |
| Wells Fargo<br>Business Direct Service<br>P. O. Box 7487<br>Boise, ID 83707 | | | | $12,500.00 |
| Wells Fargo Bank<br>P. O. Box 7487<br>Boise, ID 83707 | | | | $9,100.00 |
| Platinum Plus<br>P. O. Box 15469<br>Wilmington, DE 19886-5469 | | | | $6,550.00 |
| Chase<br>P. O. Box 52108<br>Phoenix, AZ 85072-2108 | | | | $6,458.00 |
| Financial Pacific Leasing<br>Department 2084<br>P. O. Box 34936<br>Seattle, WA 98124-1936 | | | | $6,000.00<br>SECURED VALUE:<br>$1,000.00 |

Form 4 - Page 1

Form B4
(11/92)

In re: **The Helping Angel, Inc.**
94-3310028

Case No.

Chapter  **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| U. S. Bank<br>P. O. Box 790408<br>St. Louis, MO 63179-0408 | | | | $4,708.00 |
| American Express<br>P. O. Box 360002<br>Ft. Lauderdale, FL 33336-0002 | | | | $3,953.00 |
| Capital One Services<br>P. O. box 60000<br>Seattle, WA 98190-6000 | | | | $2,358.00 |
| Capital One<br>P. O. Box 34631<br>Seattle, WA 98124-1631 | | | | $1,144.00 |
| Office Depot<br>P. O. Box 9020<br>Des Moines, IA 50368 | | | | $983.00 |
| Advanta<br>P. O. Box 8088<br>Philadelphia, PA 19101 | | | | $833.00 |
| Financial Pacific | | | | $512.77 |

Form 4 - Page  2

Form B4
(11/92)

In re: **The Helping Angel, Inc.**
**94-3310028**

Case No.

Chapter   11

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| | | | | |

I, , of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 11/24/03          Signature: [signed]

Form 4 - Page 3

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In re: **The Helping Angel, Inc.**
**94-3310028**

Case No. _____

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 1 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 11/24/03

Signed: _____
J. Craig Demetras
Bar No.  4246

Signed: _____

| | | |
|---|---|---|
| The Helping Angel, Inc.<br>1575 Delucchi Lane<br>Reno, NV 89502 | Employers Insurance Co.<br>P. O. Box 52796<br>Phoenix, AZ 85072-2796 | State of Nevada<br>Employment Security Division<br>500 E. Third Street<br>Carson City, NV 89713 |
| J. Craig Demetras<br>Demetras & O'Neill<br>232 Court Street<br>Reno, NV 89501 | Financial Pacific Leasing<br>Department 2084<br>P. O. Box 34936<br>Seattle, WA 98124-1936 | U. S. Bank<br>P. O. Box 790408<br>St. Louis, MO 63179-0408 |
| Demetras & O'Neill<br>232 Court Street<br>Reno, NV 89501 | Internal Revenue Service<br>Special Procedures<br>4750 West Oakey Blvd.<br>Mail Stop 5028<br>Las Vegas, NV 89102 | Wells Fargo<br>Business Direct Service<br>P. O. Box 7487<br>Boise, ID 83707 |
| Nickie Reeves<br>Reno, NV 89431 | Internal Revenue Service<br>Special Procedures<br>4750 W. Oakey Blvd. #211<br>Mail Stop 5028<br>Las Vegas, NV 89102 | Wells Fargo Bank<br>P. O. Box 7487<br>Boise, ID 83707 |
| Advanta<br>P. O. Box 8088<br>Philadelphia, PA 19101 | Nevada Department of Taxation<br>Bankruptcy Division<br>555 E. Washington Avenue<br>Suite #1300<br>Las Vegas, NV 89101 | Financial Pacific Leasing<br>Department 2084<br>P. O. box 34936<br>Seattle, WA 98124-1936 |
| American Express<br>P. O. Box 360002<br>Ft. Lauderdale, FL 33336-0002 | Nevada Labor Commission<br>675 Fairview Drive<br>Suite 226<br>Carson City, NV 89701-5474 | Meadowood Crown Plaza<br>1575 Delucchi Lane<br>Reno, NV 89502 |
| American General<br>McCarran Plaza<br>660 E. Prater Way<br>Sparks, NV 89431-4680 | Office Depot<br>P. O. Box 9020<br>Des Moines, IA 50368 | Sierra Office Solutions<br>P. O. Box 41601<br>Philadelphis, PA 19101-1601 |
| Capital One<br>P. O. Box 34631<br>Seattle, WA 98124-1631 | Office of the U.S. Trustee<br>300 Booth Street<br>Room 2129<br>Reno, NV 89509 | Toyota Financial Services<br>P. O. Box 60116<br>City of Industry, CA 91716-011 |
| Capital One Services<br>P. O. box 60000<br>Seattle, WA 98190-6000 | Platinum Plus<br>P. O. Box 15469<br>Wilmington, DE 19886-5469 | |
| Chase<br>P. O. Box 52108<br>Phoenix, AZ 85072-2108 | Sierra Office Solutions<br>P. O. Box 41601<br>Philadelphia, PA 19101-1601 | |