**ORIGINAL**

1  DEMETRAS & O'NEILL
2  J. Craig Demetras
   State Bar No. 4246
3  Shelly T. O'Neill
   State Bar No. 986
4  232 Court Street
5  Reno, Nevada 89501
   (775) 348-4600
6
   Attorneys for Debtor
7

RECEIVED & FILED

2004 JAN 21  PM 1: 11

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

8                    IN THE UNITED STATES BANKRUPTCY COURT

9                          FOR THE DISTRICT OF NEVADA

10  IN RE:                              Case No. BK-N-03-53933-GWZ
11                                             Chapter 11
    THE HELPING ANGELS, INC.
12                                      **AMENDMENT TO BANKRUPTCY**
                                        **PETITION**
13                    Debtor.
14  _____/    NO HEARING REQUIRED

15  **(CHECK ALL APPLICABLE BOXES)**

16  THE FOLLOWING MARKED ITEMS HAVE BEEN AMENDED IN THE ABOVE-NAMED
17  BANKRUPTCY PETITION THAT PERTAIN TO THE SCHEDULES "D", "E", "F" AND THE
    MATRIX AND/OR LIST OF CREDITORS.

18  **FEE REQUIRED ($26.00) FOR THE FOLLOWING:**

19  (  )    ADDING CREDITORS

20  (  )    DELETING CREDITORS

21  (  )    ACCOUNT NUMBERS HAVE BEEN ADDED

22  (  )    AMOUNT OWED TO CREDITOR HAS BEEN CHANGED

23  (  )    CLASSIFICATION OF DEBT HAS BEEN CHANGED

24  (  )    AMENDMENT TO MATRIX OR TO THE MAILING LIST OF CREDITORS

25  (  )    ADDRESS CHANGE OF A LISTED CREDITOR

26  THE FOLLOWING MARKED ITEMS HAVE BEEN AMENDED IN THE ABOVE-NAMED

1   BANKRUPTCY PROCEEDING.

2   ( )   RELIEF HAS BEEN ORDERED ON INVOLUNTARY CASE. SCHEDULES ATTACHED.

3   ( )   CASE HAS BEEN CONVERTED AND NEW PETITION IS ATTACHED.

4   (X)   DOCUMENTS MISSING FROM ORIGINAL FILING.

5        OTHER:

6   DATED: this 20 day of January, 2004.

7

8                                          Demetras & O'Neill

9                                          _____

10                                         By: J. Craig Demetras
                                           Attorney for Debtor

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Form B4
(11/92)

# United States Bankruptcy Court
## District of Nevada

In re:    **The Helping Angels, Inc.**
**94-3310028**

Case No.    **BK-N-03-53933-GW**

Chapter    **11**

# Amended - List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Ribeiro Company**<br>**6490 S. McCarran Blvd**<br>**Building E**<br>**Reno, NV 89509** | | | | **$4,624.93** |
| **Internal Revenue Service**<br>**Special Procedures**<br>**4750 W. Oakey Blvd. #211**<br>**Mail Stop 5028**<br>**Las Vegas, NV 89102** | | | | **$114,000.00** |
| **Employers Insurance Co.**<br>**P. O. Box 52796**<br>**Phoenix, AZ 85072-2796** | | | **DISPUTED** | **$24,683.67** |
| **Wells Fargo**<br>**Business Direct Service**<br>**P. O. Box 7487**<br>**Boise, ID 83707** | | | | **$12,500.00** |
| **Wells Fargo Bank**<br>**P. O. Box 7487**<br>**Boise, ID 83707** | | | | **$9,100.00** |
| **Chase**<br>**P. O. Box 52108**<br>**Phoenix, AZ 85072-2108** | | | | **$6,458.00** |
| **Platinum Plus**<br>**P. O. Box 15469**<br>**Wilmington, DE 19886-5469** | | | | **$6,227.70** |

Form 4 - Page  1

Form B4
(11/92)

In re:   **The Helping Angels, Inc.**
         **94-3310028**

Case No.   **BK-N-03-53933-GW2**

Chapter   **11**

# Amended - List  Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Financial Pacific Leasing**<br>**Department 2084**<br>**P. O. Box 34936**<br>**Seattle, WA 98124-1936** | | | | **$6,000.00**<br><br>**SECURED VALUE:**<br>**$1,000.00** |
| **U. S. Bank**<br>**P. O. Box 790408**<br>**St. Louis, MO 63179-0408** | | | | **$4,708.00** |
| **American Express**<br>**P. O. Box 360002**<br>**Ft. Lauderdale, FL 33336-0002** | | | | **$4,178.84** |
| **Capital One Services**<br>**P. O. box 60000**<br>**Seattle, WA 98190-6000** | | | | **$2,358.00** |
| **Gulf South**<br>**P. O. Box 841968**<br>**Dallas, TX 75284-1968** | | | | **$1,480.76** |
| **Capital One**<br>**P. O. Box 34631**<br>**Seattle, WA 98124-1631** | | | | **$1,062.28** |
| **Office Depot**<br>**P. O. Box 9020**<br>**Des Moines, IA 50368** | | | | **$983.00** |

Form B4
(11/92)

In re:  **The Helping Angels, Inc.**
**94-3310028**

Case No.  **BK-N-03-53933-GW**

Chapter  **11**

# Amended - List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Advanta**<br>P. O. Box 8088<br>Philadelphia, PA 19101 | | | | **$833.00** |
| **SBC**<br>P. O. Box 989045<br>West Sacramento, CA 95798-9045 | | | | **$751.65** |
| **Eschelon**<br>730 Second Avenue South<br>Suite 1200<br>Minneapolis, MN 55402-2467 | | | | **$697.66** |
| **Conway Communications**<br>3370 Executive Pointe Way<br>Carson City, NV 89706-7975 | | | | **$400.00** |
| **Sierra Office Solutions**<br>4710 Longley Lane<br>Reno, NV 89502 | | | | **$105.00** |
| **Briggs Corp.**<br>P. O. Box 1355<br>Des Moines, IA 50305-1355 | | | | **$70.74** |

Form 4 - Page 3

Form B4
(11/92)

In re:   **The Helping Angels, Inc.**
**94-3310028**

Case No.   **BK-N-03-53933-GW:**

Chapter   **11**

# Amended - List  Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| --- | --- | --- | --- | --- |

I, ,  of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  _____

Signature:  _____

Form 4 - Page  4

Form B6
(6/90)

## United States Bankruptcy Court
## District of Nevada

In re  **The Helping Angels, Inc.**

Case No.  **BK-N-03-53933-GWZ**

Chapter  **11**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 275,881.00 | | |
| C - Property Claimed as Exempt | YES | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 20,500.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 138,683.67 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 56,539.56 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| Total Number of sheets in ALL Schedules ➢ | | 13 | | | |
| Total Assets ➢ | | | $ 275,881.00 | | |
| Total Liabilities ➢ | | | | $ 215,723.23 | |

FORM B6A
(6/90)

In re: **The Helping Angels, Inc.**                                                    , Case No. **BK-N-03-53933-GWZ**

                    **Debtor**                                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  **The Helping Angels, Inc.**           ˌ    Case No.    **BK-N-03-53933-GWZ**
                Debtor                                                             (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **petty cash** | | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo** **basic business checking** **941-404329** | | **6,000.00** |
| | | **Wells Fargo** **basic business checking** **acct # 941-4047143** | | **3,000.00** |
| | | **Wells Fargo** **basic business checking** **acct #941-4050709** | | **5,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

FORM B6B
(10/89)

In re  **The Helping Angels, Inc.**                                    ,  Case No.    **BK-N-03-53933-GWZ**
_____                                              _____
                Debtor                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **EIC** | | **3,650.00** |
| | | **medicaid** | | **68,105.00** |
| | | **Medicare** | | **129,960.00** |
| | | **private clients** | | **23,027.00** |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | | **business license** | | **0.00** |
| | | **skilled business license** | | **0.00** |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Toyota 4Runner** | | **21,555.00** |
| 24. Boats, motors, and accessories. | X | | | |

FORM B6B
(10/89)

In re **The Helping Angels, Inc.** _____ ,    Case No.    **BK-N-03-53933-GWZ**
                Debtor                                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | copier | | 11,974.00 |
| | | two computers and one printer | | 1,000.00 |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | | medical supplies | | 2,560.00 |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

      __2__    continuation sheets attached         Total   ▸    **$ 275,881.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6D
(6/90)

In re:  **The Helping Angels, Inc.**                                    ,          Case No.  **BK-N-03-53933-GWZ**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American General**<br>**McCarran Plaza**<br>**660 E. Prater Way**<br>**Sparks, NV 89431-4680** | | | **household furnishings**<br><br>**VALUE $0.00** | | | | 5,500.00 | 0.00 |
| ACCOUNT NO. **0050296857501**<br>**Financial Pacific Leasing**<br>**Department 2084**<br>**P. O. Box 34936**<br>**Seattle, WA 98124-1936** | | | **03/01/2003**<br>**Security Agreement**<br>**two computers and one printer**<br><br>**VALUE $1,000.00** | | | | 6,000.00 | 6,000.00 |
| ACCOUNT NO. **24498246**<br>**Sierra Office Solutions**<br>**P. O. Box 41601**<br>**Philadelphia, PA 19101-1601** | | | **Security Agreement**<br>**copier**<br><br>**VALUE $11,974.00** | | | | 9,000.00 | 0.00 |

<u>0</u> Continuation sheets attached

|  |  |
|---|---|
| Subtotal ➤<br>(Total of this page) | **$20,500.00** |
| Total ➤<br>(Use only on last page) | **$20,500.00** |

(Report total also on Summary of Schedules)

B6E
(Rev.4/98)

In re: **The Helping Angels, Inc.** _____,    Case No.    **BK-N-03-53933-GWZ** _____
                      Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding
the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11
U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal,
family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in
11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
an insured depository institution. 11 U.S.C. § 507(a)(9).

☐  **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.

<u>1</u>  Continuation sheets attached

FORM B6E - Cont.
(10/89)

In re: __The Helping Angels, Inc._____,  Case No. __BK-N-03-53933-GWZ__
           Debtor                                                               (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **404083**<br>**Employers Insurance Co.**<br>**P. O. Box 52796**<br>**Phoenix, AZ 85072-2796** | | | | | | X | 24,683.67 | 24,683.67 |
| ACCOUNT NO. **94-3310028**<br>**Internal Revenue Service**<br>**Special Procedures**<br>**4750 W. Oakey Blvd. #211**<br>**Mail Stop 5028**<br>**Las Vegas, NV 89102** | | | 941's for 2000 - 2002 | | | | 114,000.00 | 114,000.00 |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Total of this page) ➤ | **$138,683.67**

Total
(Use only on last page of the completed Schedule E.) ➤ | **$138,683.67**

(Report total also on Summary of Schedules)

FORM B6F (Official Form 6F) - (9/97)

In re: __The Helping Angels, Inc._____.  Case No. __BK-N-03-53933-GWZ__
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5474843530370012<br><br>Advanta<br>P. O. Box 8088<br>Philadelphia, PA 19101 | | | credit card | | | | 833.00 |
| ACCOUNT NO.  371540687712006<br><br>American Express<br>P. O. Box 360002<br>Ft. Lauderdale, FL 33336-0002 | | | credit card | | | | 4,178.84 |
| ACCOUNT NO.  158756<br><br>Briggs Corp.<br>P. O. Box 1355<br>Des Moines, IA 50305-1355 | | | nursing supplies | | | | 70.74 |
| ACCOUNT NO.  4115071580665987<br><br>Capital One<br>P. O. Box 34631<br>Seattle, WA 98124-1631 | | | credit card | | | | 1,062.28 |
| ACCOUNT NO.  4121742308470510<br><br>Capital One Services<br>P. O. box 60000<br>Seattle, WA 98190-6000 | | | credit card | | | | 2,358.00 |

__3__  Continuation sheets attached

Subtotal  ➤

Total  ➤

| $8,502.86 |
|---|
| |

FORM B6F - Cont.
(10/89)

In re: __The Helping Angels, Inc._____ ,    Case No.  __BK-N-03-53933-GWZ__
　　　　　　Debtor                                                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　5300210049215529 <br><br> Chase <br> P. O. Box 52108 <br> Phoenix, AZ 85072-2108 | | | credit card | | | | 6,458.00 |
| ACCOUNT NO.　THA0001 <br><br> Conway Communications <br> 3370 Executive Pointe Way <br> Carson City, NV 89706-7975 | | | phone installation | | | | 400.00 |
| ACCOUNT NO.　005030351 <br><br> Eschelon <br> 730 Second Avenue South <br> Suite 1200 <br> Minneapolis, MN 55402-2467 | | | telephone service | | | | 697.66 |
| ACCOUNT NO.　007062 <br><br> Gulf South <br> P. O. Box 841968 <br> Dallas, TX 75284-1968 | | | nursing supplies | | | | 1,480.76 |
| ACCOUNT NO.　30430329 <br><br> Office Depot <br> P. O. Box 9020 <br> Des Moines, IA 50368 | | | credit card | | | | 983.00 |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| $10,019.42 | |

FORM B6F - Cont.
(10/89)

In re: __The Helping Angels, Inc._____ ,    Case No.   __BK-N-03-53933-GWZ__
           Debtor                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5474872200008132<br><br>**Platinum Plus**<br>**P. O. Box 15469**<br>**Wilmington, DE 19886-5469** | | | credit card | | | | 6,227.70 |
| ACCOUNT NO.   **The Helping Angels,**<br><br>**Ribeiro Company**<br>**6490 S. McCarran Blvd**<br>**Building E**<br>**Reno, NV 89509** | | | rent from old office space | | | | 4,624.93 |
| ACCOUNT NO.   722-498-5909359<br><br>**SBC**<br>**P. O. Box 989045**<br>**West Sacramento, CA 95798-9045** | | | Yellow Page advertising | | | | 751.65 |
| ACCOUNT NO.   100222<br><br>**Sierra Office Solutions**<br>**4710 Longley Lane**<br>**Reno, NV 89502** | | | move copier charge | | | | 105.00 |
| ACCOUNT NO.   4833496005258319<br><br>**U. S. Bank**<br>**P. O. Box 790408**<br>**St. Louis, MO 63179-0408** | | | credit card | | | | 4,708.00 |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

**$16,417.28**

FORM B6F - Cont.
(10/89)

In re: __The Helping Angels, Inc._____ ,    Case No.  __BK-N-03-53933-GWZ__
               Debtor                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    3375366393<br><br>**Wells Fargo**<br>**Business Direct Service**<br>**P. O. Box 7487**<br>**Boise, ID 83707** | | | credit card | | | | **12,500.00** |
| ACCOUNT NO.<br><br>**Wells Fargo Bank**<br>**P. O. Box 7487**<br>**Boise, ID 83707** | | | line of credit | | | | **9,100.00** |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) | **$21,600.00**

Total ➤ **$56,539.56**
(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **The Helping Angels, Inc.**
_____
Debtor

Case No.    **BK-N-03-53933-GWZ**
**(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Financial Pacific Leasing**<br>**Department 2084**<br>**P. O. box 34936**<br>**Seattle, WA 98124-1936** | **computers, printer and software** |
| **Meadowood Crown Plaza**<br>**1575 Delucchi Lane**<br>**Reno, NV 89502** | **5 year lease expires 11/1/08** |
| **Sierra Office Solutions**<br>**P. O. Box 41601**<br>**Philadelphia, PA 19101-1601** | **copier** |
| **Toyota Financial Services**<br>**P. O. Box 60116**<br>**City of Industry, CA 91716-0116** | **4Runner 5 year lease expires April 2005** |

B6H
(6/90)

In re: __The Helping Angels, Inc._____ , **Case No.** __BK-N-03-53933-GWZ__
      **Debtor**                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re:   **The Helping Angels, Inc.**                                    Case No.   **BK-N-03-53933-GWZ**
          **94-3310028**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation/partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **15** sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature _____

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re:  **The Helping Angels, Inc.**
      **94-3310028**

Case No.  **BK-N-03-53933-GWZ**
Chapter  **11**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
|  |  |  |  |

**UNITED STATES BANKRUPTCY COURT**

**District of Nevada**

In re:  **The Helping Angels, Inc.**
94-3310028

Case No.  **BK-N-03-53933-GWZ**

Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 707,739.00 | Gross receipts | 2001 |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3. Payments to creditors

None
☐

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Alpine Insurance | 10/14/03 | 2,000.00 | |
| Anthem Blue Cross Blue Shield | 9/23/03 11/11/03 | 4,002.43 | |
| Bonanza Printing business forms | 10/30/03 | 610.96 | |
| Employers Insurance Co. P. O. Box 52796 Phoenix, AZ 85072-2796 | 9/3/03 9/17/03 | 9,400.33 | |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Internal Revenue Service**<br>**Special Procedures**<br>**4750 W. Oakey Blvd. #211**<br>**Mail Stop 5028**<br>**Las Vegas, NV 89102** | **10/27/03**<br>**10/31/03**<br>**9/3/03**<br>**9/15/03**<br>**10/7/03**<br>**10/24/03**<br>**10/30/03** | **41,295.02** | |
| **Keystone Quality Printing** | **9/23/03** | **731.00** | |
| **Meadowood Crown Plaza**<br>**1575 Delucchi Lane**<br>**Reno, NV 89502** | **9/17/03**<br>**10/30/03** | **5,316.00** | |
| **NCCI**<br>**Workers Comp Insurance** | **9/30/03** | **5,858.00** | |
| **Nevada Highway Patrol**<br>**for finger printing** | **10/30/03** | **712.00** | |
| **Premium Financing**<br>**liability insurance** | **11/14/03** | **1,082.68** | |
| **Ribeiro Company**<br>**6490 S. McCarran Blvd**<br>**Building E**<br>**Reno, NV 89509** | **9/3/03** | **8,116.00** | |
| **The Travelers**<br>**workers comp insurance** | **11/17/03** | **2,604.00** | |
| **Toyota Financial**<br>**P. O. Box 60116**<br>**City of Industry, CA 91716-0116** | **9/23/03**<br>**10/30/03** | **1,453.54** | |
| **Wells Fargo**<br>**Business Direct Service**<br>**P. O. Box 7487**<br>**Boise, ID 83707** | **10/30/03** | **1,000.00** | |
| **Whilhite Association**<br>**Medicar Billing Service** | **9/23/03**<br>**10/30/03** | **2,550.00** | |

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None ☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None ☑



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **HP Deskjet 842, UMAX scanner, Poloroid DC3200 digital camera, HP Color copier, Brother Typewriter, e-machine computer, monitor, lexmark 722 printer, HP pavillion computer, monitor, cyber power box, polaroid camera, polaroid film, glucometer, motorola pager, tape recorder, hand held, HP deskjet printer, business checks total reimbursed $2,784.83** | **stolen from office, police report number 03-5231** | **04/20/2003** |

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Demetras & O'Neill<br>232 Court Street<br>Reno, NV 89501** | **10/23/03** | **2546.00** |

## 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|



## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **Suite 101 & 102 Sparks, NV 89431** | **1311 W. McCarran Blvd** | **8/2000 - 10/24/2003** |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☑

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|----------------------|---------|--------------------|-----------------------------|
|      |                      |         |                    |                             |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☑

| NAME | ADDRESS |
|------|---------|
|      |         |

## 19. Books, records and financial statements

None ☑

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
|                  |                          |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
|                  |                          |

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☑

| NAME | ADDRESS |
|------|---------|
|      |         |

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None ☑

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
|                  |             |

## 20. Inventories

None ☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None
☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21.  Current Partners, Officers, Directors and Shareholders

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None
☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22.  Former partners, officers, directors and shareholders

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23.  Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____    Signature _____

*Print Name and Title*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

## UNITED STATES BANKRUPTCY COURT

### District of Nevada

In re:     **The Helping Angels, Inc.**

**94-3310028**

Case No.    **BK-N-03-53933-GWZ**

Chapter      **11**

# AMENDED - VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **2** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:     _1/21/04_

Signed:    _____

**J. Craig Demetras**

Bar No.          **4246**

Signed:    _____

The Helping Angels, Inc.
1575 Delucchi Lane
Reno, NV 89502

Chase
P. O. Box 52108
Phoenix, AZ 85072-2108

Office Depot
P. O. Box 9020
Des Moines, IA 50368

J. Craig Demetras
Demetras & O'Neill
232 Court Street
Reno, NV  89501

Conway Communications
3370 Executive Pointe Way
Carson City, NV 89706-7975

Office of the U.S. Trustee
300 Booth Street
Room 2129
Reno, NV 89509

Demetras & O'Neill
232 Court Street
Reno, NV 89501

Employers Insurance Co.
P. O. Box 52796
Phoenix, AZ 85072-2796

Platinum Plus
P. O. Box 15469
Wilmington, DE 19886-5469

Nickie Reeves
Reno, NV 89431

Eschelon
730 Second Avenue South
Suite 1200
Minneapolis, MN 55402-2467

Ribeiro Company
6490 S. McCarran Blvd
Building E
Reno, NV 89509

Advanta
P. O. Box 8088
Philadelphia, PA 19101

Financial Pacific Leasing
Department 2084
P. O. Box 34936
Seattle, WA 98124-1936

SBC
P. O. Box 989045
West Sacramento, CA 95798-9045

American Express
P. O. Box 360002
Ft. Lauderdale, FL 33336-0002

Gulf South
P. O. Box 841968
Dallas, TX 75284-1968

Sierra Office Solutions
P. O. Box 41601
Philadelphia, PA 19101-1601

American General
McCarran Plaza
660 E. Prater Way
Sparks, NV 89431-4680

Internal Revenue Service
Special Procedures
4750 West Oakey Blvd.
Mail Stop 5028
Las Vegas, NV 89102

Sierra Office Solutions
4710 Longley Lane
Reno, NV 89502

Briggs Corp.
P. O. Box 1355
Des Moines, IA 50305-1355

Internal Revenue Service
Special Procedures
4750 W. Oakey Blvd. #211
Mail Stop 5028
Las Vegas, NV 89102

State of Nevada
Employment Security Division
500 E. Third Street
Carson City, NV 89713

Capital One
P. O. Box 34631
Seattle, WA 98124-1631

Nevada Department of Taxation
Bankruptcy Division
555 E. Washington Avenue
Suite #1300
Las Vegas, NV 89101

U. S. Bank
P. O. Box 790408
St. Louis, MO 63179-0408

Capital One Services
P. O. box 60000
Seattle, WA 98190-6000

Nevada Labor Commission
675 Fairview Drive
Suite 226
Carson City, NV 89701-5474

Wells Fargo
Business Direct Service
P. O. Box 7487
Boise, ID 83707

Wells Fargo Bank
P. O. Box 7487
Boise, ID 83707


Financial Pacific Leasing
Department 2084
P. O. box 34936
Seattle, WA 98124-1936


Meadowood Crown Plaza
1575 Delucchi Lane
Reno, NV 89502


Sierra Office Solutions
P. O. Box 41601
Philadelphis, PA 19101-1601


Toyota Financial Services
P. O. Box 60116
City of Industry, CA 91716-0116