**Entered on Docket**
**May 10, 2006**

**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
300 Booth Street, Room 2129
Reno NV 89509
USTPRegion17.re.ecf@usdoj.gov
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

THE HELPING ANGELS, INC.,

Debtor.

Case no: BK-N-03-53933-GWZ
Chapter: 11

ORDER TO APPOINT CHAPTER 11
TRUSTEE

Hearing Date: April 26, 2006
Hearing Time: 2:30 p.m.
Est. Time Req.: 30 min.

The Court sua sponte set a hearing for the conversion or dismissal of this case, at the above date and time and proper notice was given. William B. Cossitt appeared on behalf of the acting United States Trustee. J. Craig Demetras appeared on behalf of the Debtor and its owner and principal, Nickie Reeves also appeared and testified. Rollin Thorley appeared telephonically for the United States of America, Internal Revenue Service and other appearances were noted on the record.

1   The Court having read the pleadings, listened to testimony and the arguments of the

2 parties and having put its findings of fact and conclusions of law on the record in open court,

3 pursuant to Federal rule of Procedure 52 made applicable by Federal Rule of Bankruptcy

4 Procedure 7052, and good cause appearing;

5   IT IS HEREBY ORDERED the a chapter 11 trustee be appointed for this case by the United

6 States Trustee, pursuant to 11 U.S.C. § 1104.

7 Respectfully submitted,

8 Nicholas Strozza
  State Bar # CA 117234
9 William B. Cossitt
  State Bar #3484
10 300 Booth Street, #2129
  Reno NV 89509
11 (775) 784-5335

12 /s/ WILLIAM B. COSSITT

13 Attorneys for Acting United States Trustee
  Sara L. Kistler

14 APPROVED/DISAPPROVED this 2 day of April, 2006.

15 United States of America, Internal Revenue Service

16

17 Rollin G. Thorley, U.S.A., IRS

18 APPROVED/DISAPPROVED this ___ day of April, 2006.

19

20 J. Craig Demetras, The Helping Angels, Inc.

21

22

23

24

25

26

27

28

1        The Court having read the pleadings, listened to testimony and the arguments of the

2   parties and having put its findings of fact and conclusions of law on the record in open court,

3   pursuant to Federal rule of Procedure 52 made applicable by Federal Rule of Bankruptcy

4   Procedure 7052, and good cause appearing;

5        IT IS HEREBY ORDERED the a chapter 11 trustee be appointed for this case by the United

6   States Trustee, pursuant to 11 U.S.C. § 1104.

7   Respectfully submitted,

8   Nicholas Strozza
    State Bar # CA 117234
9   William B. Cossitt
    State Bar #3484
10  300 Booth Street, #2129
    Reno NV 89509
11  (775) 784-5335

12  /s/ WILLIAM B. COSSITT

13  Attorneys for Acting United States Trustee
    Sara L. Kistler
14
    APPROVED/DISAPPROVED this __ day of April, 2006.
15
    United States of America, Internal Revenue Service
16

17
    Rollin G. Thorley, U.S.A., IRS
18
    APPROVED/DISAPPROVED this __ day of April, 2006,
19

20
    J. Craig Demetras, The Helping Angels, Inc.
21

22
                          ###
23

24

25

26

27

28