

**Entered on Docket
June 08, 2006**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**
_____

```
DANIEL G. BOGDEN
United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
Telephone:      (702) 388-6336

ROLLIN G. THORLEY
Special Assistant United States Attorney
Nevada Bar No. 2339
110 City Parkway, Suite 301
Las Vegas, NV 89106
E-mail:         rollin.g.thorley@irscounsel.treas.gov
Telephone:    (702) 868-5167 (direct line)
              (702) 868-5154 (office)
              (702) 868-5438 (fax)
              (702) 868-5440 (fax)
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case. No. BK-N-03-53933-GWZ |
| THE HELPING ANGELS, INC., | Chapter 11 |
| Debtor. | DATE: April 26, 2006<br>TIME: 2:30 PM |

ORDER RE DEBTOR'S OBJECTION TO
INTERNAL REVENUE SERVICE'S PROOF OF CLAIM

1  This matter came before the court April 26, 2006 at or about
2  2:30 PM pursuant to the DEBTOR'S OBJECTION TO INTERNAL REVENUE
3  SERVICE'S PROOF OF CLAIM.  Rollin Thorley appeared on behalf of
4  the United States Internal Revenue Service and J. Craig Demetras
5  appeared on behalf of the debtor.
6  Based on the pleadings on file, the arguments made at the
7  hearing, the ruling of the court made on the record at the
8  hearing, and the entire record in this case,
9  IT IS HEREBY ORDERED:
10  1.   The DEBTOR'S OBJECTION TO INTERNAL REVENUE SERVICE'S
11  PROOF OF CLAIM IS DENIED WITHOUT PREJUDICE.
12
13 Submitted by:
14 DANIEL G. BOGDEN
   United States Attorney
15
16 /s/ Rollin G. Thorley
   ROLLIN G. THORLEY
17 Special Assistant
   United States Attorney
18
19 APPROVED as to form:
20
   /s/ J. Craig Demtras
21 J. CRAIG DEMETRAS
   Attorney for Debtor
22
23
24
25
26

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ___The court waived the requirements of LR 9021.

3  _X_ I have delivered a copy of this proposed order to all
    attorneys and unrepresented parties who appeared at the
4  hearing regarding this matter and/or who filed a written
    objection and each has:
5      _X_ approved the form of this order;
       ___waived the right to review the order; and/or
6      ___failed to file and serve papers in accordance with
       LR 9021(c).

7  ___I have delivered a copy of this proposed order to all
8  attorneys and unrepresented parties who appeared at the
    hearing regarding this matter and/or who filed a written
9  objection and all have either approved the form of this
    order, waived the right to review the order, failed to file
10 and serve papers in accordance with LR 9021(c) and the
    following have disapproved the form of the order:
11     [List Parties]

12 ___No opposition was filed to the motion and no other party
    or counsel appeared at the hearing.
13

14
   Dated:   June 5, 2006
15

16                                    /s/ Rollin Thorley

17                                        ###

- 3 -