ANGELIQUE CLARK.  
P.O. Box 50070  
Sparks, Nevada 89435  
Reno, Nevada 89509  
Telephone: (775) 626-70836  
Facsimile: (775) 626-7082  
**E-mail: trusteeclark@hotmail.com**

E- Filed: June 23, 2006

AFFIDAVIT OF ANGELIQUE L.M. CLARK, TRUSTEE

IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME

STATE OF NEVADA   )

                    : ss

COUNTY OF WASHOE   )

    I, ANGELIQUE L.M. CLARK, hereby swear under penalty of perjury that the assertions of this affidavit are true:

    1. I am the duly appointed Trustee for the estate of the Helping Angels, Inc., Chapter 7.

    2. The Trustee seeks an expedited hearing on her Motion for Authorization to sell Assets of the Estate and Employment of an Auctioneer.

    3. Trustee intends to notice all parties in interest as listed on the debtor's mailing matrix and parties who have filed a request for notice. The Trustee does not anticipate that any of these parties will oppose the Trustee's request.

    Dated: June 23, 2006.

                                            /s/Angelique Clark  
                                            Angelique L.M. Clark, Trustee