STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
**Nevada Bar No. 001463**
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764

ELECTRONICALLY FILED BY
BELDING, HARRIS & PETRONI, LTD.

ON _7/28/06_

Attorney for Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

THE HELPING ANGELS, INC.,

Debtor.
_____/

Case No. BK-N-03-53933

(Chapter 11)

**TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 LIQUIDATION PROCEEDING**

Hrg. DATE:
Hrg. TIME:
Est. TIME:    5 minutes
Set By:       Set by

COMES NOW ANGELIQUE CLARK, Trustee for THE HELPING ANGELS, INC., Debtor herein, by and through her attorney STEPHEN R. HARRIS, ESQ., of BELDING, HARRIS & PETRONI, LTD., and files her TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 LIQUIDATION PROCEEDINGS, and alleges as follows:

1.     THE HELPING ANGELS, INC. filed is Voluntary Petition for Chapter 11 relief on November 25, 2003. On May 16, 2006, ANGELIQUE CLARK was appointed Trustee for the above-captioned Chapter 11 bankruptcy reorganization case.

2.     Due to lack of operating funds with which to pay ongoing business expenses, the Trustee previously referred the majority of the Debtor's patient care to other facilities pursuant to this Court's emergency order. The Trustee has further assessed the Debtor's financial situation and business operations and concluded that there is no viable way for the Debtor to reorganize its affairs through a Chapter 11 reorganization. Additionally, there are continuing Chapter 11 administrative

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

expenses which accrue on a daily basis, including trustee's fees, professionals' fees and U.S. Trustee quarterly fees. Based on these factors, the Trustee believes it is in the best interests of the Debtor's estate and creditors to convert this case to a Chapter 7 liquidation proceeding, pursuant to 11 U.S.C. §1112(b), which states:

> (b) Except as provided in subsection © of this section, on request of a party in interest of the United States trustee or bankruptcy administrator, and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title or may dismiss a case under this chapter, whichever is in the best interest of creditors and the estate, for cause, including -
> (1) continuing loss to or diminution of the estate and absence of a reasonable likelihood of rehabilitation;
> (2) inability to effectuate a plan;
> ...

**WHEREFORE**, ANGELIQUE CLARK, Trustee for the above-captioned jointly administered Debtors, requests that this Court enter its Order converting this case to Chapter 7 liquidation proceeding and for such other and further relief as the Court deems just under the premises.

DATED this ____ day of July, 2006.

STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 W. Plumb Lane
Reno, NV 89509
(775) 786-7600

_____
Attorney for Trustee

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

2

## VERIFICATION

ANGELIQUE CLARK hereby swears under peanalty of perjury that she is the duly appointed Trustee for the jointly administered Debtors in the above-entitled action; that she has read the foregoing **TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 LIQUIDATION PROCEEDING** and knows the contents thereof, that the same is true of her own knowledge, except for those matters contained therein stated upon information and belief, and as to those matters, she believes them to be true.

Dated this 27th day of July, 2006.

*[signature]*
ANGELIQUE CLARK, Trustee

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

3