**Angelique L Clark**  
P.O. Box 50070  
**Sparks, Nevada  89435**  
**(775)   626-7083**

**Trustee**

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA  
(RENO)

| | |
|---|---|
| IN RE: | CASE NO.  BKN- 03-53933 |
| | CHAPTER 7 |
| THE HELPING ANGELS, INC. | |
| Nicky Reeves | INVENTORY |
| DEBTOR(S) | |
| _____/ | |

Trustee Angelique Clark herewith files the attached sales inventory prepared in conjunction with the administration of the above-captioned estate's assets.

Dated: July 13, 2007

Respectfully submitted,

/s/ Angelique Clark

Angelique L. Clark, Trustee

870 S. Rock Blvd  
Sparks NV 89431  
775-331-4222

lightning@lightningauctions.com  
www.lightningauctions.com

# Items Sold For: 0981 - ANGIE CLARK HELPING ANGELS

**Auction Date:** 6/3/2007

| Consignor Lot # | Auction Lot # | Description | | Sale Price / Commission | Amount |
|---|---|---|---|---|---|
| | 239 | BROTHER 5 IN 1 PRINTER, FAX, COPIER | | Sale Price: | $5.00 |
| | | | 25.0 % | House Commision: | $1.25 |
| | | Total to Auction House: $1.25 | | Total to Consignor: | $3.75 |
| | 240 | 10 TOSHIBA OFFICE PHONES | | Sale Price: | $60.00 |
| | | | 25.0 % | House Commision: | $15.00 |
| | | Total to Auction House: $15.00 | | Total to Consignor: | $45.00 |
| | 241 | RICOH 5535 COPIER | | Sale Price: | $350.00 |
| | | | 25.0 % | House Commision: | $87.50 |
| | | Total to Auction House: $87.50 | | Total to Consignor: | $262.50 |
| | 397 | POLARIOD CAMARA, CASE AND FILM | | Sale Price: | $2.50 |
| | | | 25.0 % | House Commision: | $0.63 |
| | | Total to Auction House: $0.63 | | Total to Consignor: | $1.88 |

Total Sales: $417.50  
Total Commission: $104.38  
Total Charges: $0.00  

**Consignor Total** **$313.13**